**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MIKE HOLLER, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-174 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| VILLAGE OF ENON, OHIO, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER STRIKING PLAINTIFF MIKE HOLLER'S MEMORANDUM IN OPPOSITION TO DEFENDANT VILLAGE OF ENON'S MOTION TO DISMISS (DOC. NO. 16)**

---

The Court now **STRIKES** Plaintiff Mike Holler's Memorandum in Opposition to Defendant Village of Enon's Motion to Dismiss ("Response") (Doc. No. 16), for failure to comply with S.D. Ohio Civ. R. 7.2(a)(3). At thirty pages—with no table of contents provided—Plaintiff's Response exceeds the twenty pages allotted by Local Rule for such memoranda. Plaintiff may refile his Response by Wednesday, September 30, 2026. If Plaintiff wishes to argue in excess of twenty pages, he shall separately move the Court for leave to do so.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 23, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE